IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARLON KERR, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 21-cv-02335 |
| | ) |
| UNIFIED GOVERNMENT OF WYANDOTTE | ) |
| COUNTY/KANSAS CITY, KANSAS | ) |
| | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff Marlon Kerr and Defendant Unified Government of Wyandotte County/Kansas City, Kansas, by and through their respective attorneys of record, and hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that this case has been settled in its entirety and should be dismissed with prejudice, with each party to bear its own costs and attorney fees.

WHEREFORE, the parties respectfully request the Court to enter an Order dismissing this action with prejudice at each party's costs.

Respectfully Submitted,

*/s/ Sarah A. Brown*
Sarah A. Brown, KS#12130
Daniel G. Curry, KS #22750
1600 Genessee Street, Suite 956
Kansas City, MO 64102
(816) 756-5458
(816) 666-9596 (FAX)
sarah@brownandcurry.com
dan@brownandcurry.com

*Attorneys for Plaintiff*

McAnany, Van Cleave & Phillips, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
Telephone (913) 371-3838
Fax (913) 371-4722
Email: rdenk@mvplaw.com
slow@mvplaw.com

By: */s/ Spencer A. Low*
    Ryan B. Denk     #18868
    Spencer A. Low     #27690

*Attorneys for Defendant Unified Government of Wyandotte County / Kansas City, Kansas*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2022, the foregoing document was served by the court's electronic filing system upon the following parties of record:

Sarah A. Brown
Daniel G. Curry
1600 Genessee Street, Suite 956
Kansas City, MO 64102
sarah@brownandcurry.com
dan@brownandcurry.com

*Attorneys for Plaintiff*

    /s/ *Spencer A. Low*

2